1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11   LA RUE ZAMORANO,                    Case No. CV 12-9512 DDP (SS)

12              Petitioner,

13      v.                                      **JUDGMENT**

14   AMY MILLER, Warden,

15              Respondent.

16

17        Pursuant   to   the   Court's   Order   Accepting   Findings,

18   Conclusions   and   Recommendations   of   United   States   Magistrate

19   Judge,

20

21        IT IS HEREBY ADJUDGED that the above-captioned action is

22   dismissed with prejudice.

23

24   DATED: October 14, 2014

25                                      _____
                                        DEAN D. PREGERSON
26                                      UNITED STATES DISTRICT JUDGE

27

28